IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-00223-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES LACY MOORE | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 3, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d), made applicable by 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to

18 U.S.C. § 924(c)(1)(A), and agreeing to the forfeiture of the property listed in the December 3, 2013 Preliminary Order of Forfeiture, to wit:

**Personal Property**

(a) Bryco Arms, Model Jennings, 9mm semi-automatic pistol, serial number 1578456, and any and all related ammunition; and
(b) Kimber, Model Custom Covert II, .45 caliber semi-automatic pistol, serial number K364912, and any and all related ammunition;

AND WHEREAS, in accordance with Supplemental Rule G(4)((i)(A), the Government has provided direct notice to any potential claimant, if any has been identified.

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties

1

described in this Court's December 3, 2013 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the December 3, 2013 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States is directed to dispose of the property according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __26__ day of __June__, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2